UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                   )<br>)<br>JAMAL PRATHER                               )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 03CR10391-JLT<br><br>VIOLATIONS:<br>18 U.S.C. § 922(a)(3)-<br>Unlawful Transport of<br>Firearm<br>18 U.S.C. § 922(a)(1)(A)-<br>Engaging in Firearms<br>Dealing Without a<br>License |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(a)(3) -- Unlawful Transport of Firearm)

The Grand Jury charges that:

From on or about August 6, 2001, to on or about July 18, 2002, at Boston and elsewhere in the District of Massachusetts,

JAMAL PRATHER,

defendant herein, not being a licensed importer, manufacturer, dealer or collector, transported into and received in the state where he resides, to wit: Massachusetts, a firearm purchased or otherwise obtained outside that state, to wit: a Ruger, model P95DC, 9mm pistol, bearing serial number 312-37935; a Jennings, model 25, .25 caliber pistol, bearing serial number 1247007; a Jennings, model Bryco 38, .380 caliber pistol, bearing, serial number 1251867; a Lorcin, model L25, .25 caliber pistol, bearing serial number 345859; a Lorcin, model L25, .25 caliber pistol, bearing serial number 343465; a Lorcin, model L25, .380 caliber

pistol, bearing serial number 550915; a Glock, model 17, 9mm pistol, bearing serial number EE693US; a Bryco Arms, model T 380, .380 caliber pistol, bearing serial number 1427378; and a Davis Industries, model P 380, .380 caliber pistol, bearing serial number AP 508156.

All in violation of Title 18, United States Code, Sections 922(a)(3).

<u>COUNT TWO</u>:      (18 U.S.C. § 922(a)(1)(A) -- Engaging in Firearms Dealing Without a License)

The Grand Jury further charges that:

From on or about August 6, 2001, to on or about July 18, 2002, at Boston and elsewhere, in the District of Massachusetts and elsewhere,

JAMAL PRATHER,

defendant herein, not being a licensed importer, manufacturer or dealer under the provisions of Chapter 44 of Title 18, United States Code, did engage in the business of dealing in firearms, to wit: a Ruger, model P95DC, 9mm pistol, bearing serial number 312-37935; a Jennings, model 25, .25 caliber pistol, bearing serial number 1247007; a Jennings, model Bryco 38, .380 caliber pistol, bearing serial number 1251867; a Lorcin, model L25, .25 caliber pistol, bearing serial number 345859; a Lorcin, model L25, .25 caliber pistol, bearing serial number 343465; a Lorcin, model L25, .380 caliber pistol, bearing serial number 550915; a Glock, model 17, 9mm pistol, bearing serial number EE693US; a Bryco Arms, model T 380, .380 caliber pistol, bearing serial number 1427378; and a Davis Industries, model P 380, .380 caliber pistol, bearing serial number AP 508156.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

A TRUE BILL

_(signature)_ 12/17/03
FOREPERSON OF THE GRAND JURY

_(signature)_
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS          December 17, 2003 @ 3:51 PM

Returned into the District Court by the Grand Jurors and filed.

_(signature)_
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II     **Investigating Agency** ATF

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jamal Prather     **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** 713 Shawmut Avenue, Roxbury, MA

**Birth date:** 1978   **SS#:** ***-**-0494   **Sex:** M   **Race:** B   **Nationality:** USA

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William H. Connolly     **Bar Number if applicable** 634501

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/17/03    **Signature of AUSA:** _[signature]_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy

Name of Defendant    Jamal Prather

| Index Key/Code | U.S.C. Citations Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. sec. 922(a)(3) | Transporting a Firearm Into Home State | 1 |
| Set 2  18 U.S.C. s. 922(a)(1)(A) | Engaging in Firearms Dealing Without License | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**     Jamal Prather

JS 45.wpd - 3/13/02