AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Jamal Prather DOB: 10/21/78
713 Shawmut Ave., Roxbury, MA

**WARRANT FOR ARREST**

CASE NUMBER: 03-10391-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jamal Prather___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Transporting firearms into home state;
Engaging in firearms dealing without a license.

in violation of Title __18__ United States Code, Section(s) __922(a)(3); 922(a)(1)(A)__

Sheila Diskes
Name of Issuing Officer

Signature of Issuing Officer

Operations Supervisor
Title of Issuing Officer

12-17-03  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ATF
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/29/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.