AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSachusetts_

### APPEARANCE

Case Number: _CR03-10389 JLT_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Jamal Prather_

I certify that I am admitted to practice in this court.

_2/3/04_
Date

FILED
In Open Court
USDC, Mass
Date _2-3-04_
By _____
Deputy Clerk

_Rudolph F. Miller, ESQ._
Signature

_Rudolph Findley Miller_   _#565807_
Print Name                    Bar Number

_one McKinley SQ._
Address

_Boston_          _ma_          _02109_
City            State          Zip Code

_(617) 723-9500_          _617 723-1710_
Phone Number                  Fax Number