UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 03-10391 JLT

JAMAL PRATHER
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On March 16, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserves special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery at this time;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government no later than twenty-one (21) days before trial and the defendant will provide expert discovery no later than ten (10) days before trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: January 29, 2004, through February 2, 2004 (5 days); February 3, 2004, through March 2, 2004 (28 days) and March 16, 2004 (30 days), for a total of sixty-three (63) days. The time period from March 3, 2004, through March 15, 2004 (12 days), has not been excluded. The total amount of time to proceed to trial is fifty-eight (58) days. The government shall file a joint motion for any applicable periods of excludable delay;

6. Trial is anticipated. The estimated duration of a trial, if necessary, is four (4) days;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. All dispositive motions shall be filed on or before April 1, 2004, and the government's response shall be due April 14, 2004. A **Final Status Conference** is scheduled at **10:30 a.m.** on **April 15, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

HONORABLE JOYCE LONDON ALEXANDER  
U.S. MAGISTRATE JUDGE

By the Court:

March 16, 2004      /S/ Rex Brown  
Date      Courtroom Clerk  
     (617) 748-9238