UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 03-10391-JLT |
| | ) | |
| JAMAL PRATHER | ) | |

## JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The government and the defendant jointly move to exclude the period from February 3, 2004 to March 2, 2004 pursuant to Local Rule 112.2(A)(2). The parties also move to exclude the period from March 16, 2004 through the date set for a Final Status Conference pursuant to Title 18, U.S.C., Section 3161(h)(8)(a) to provide the parties an opportunity to contemplate the filing of motions as well as a possible resolution to the case prior to trial.

Respectfully Submitted,

JAMAL PRATHER
By His Attorney,

/s/ Rudolph Miller
RUDOLPH MILLER
Attorney for Defendant

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney
(617) 748-3174

March 24, 2004