UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 03-10391 JLT

JAMAL PRATHER
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On April 15, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: January 29, 2004, through February 2, 2004 (5 days); February 3, 2004, through March 2, 2004 (28 days); March 3, 2004, through March 15, 2004 (12 days) and March 16, 2004, through April 15, 2004 (30 days), for a total of seventy-five (75) days as of April 15, 2004. **The time periods from March 3, 2004, through March 15, 2004 (12 days) and March 16, 2004, through April 15, 2004 (30 days), has not yet been excluded by written motion.** The total amount of time to proceed to trial is twenty-eight (28) days as of April 15, 2004 (without written motion from the parties). There are no pending nor anticipated dispositive motions that might cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi;

7. There are no pending motions to suppress or dismiss that might require rulings by the District Judge before trial;

8. There is need for a schedule concerning a Rule 11 Hearing date;

9. Early resolution of the case without trial is anticipated;

10. Trial is not necessary. The estimated duration of the trial is five (5) days;

11. Other matters: the government shall file a joint motion for the applicable periods of excludable delay. A Rule 11 Hearing date requires scheduling by the District Judge.

    IT IS HEREBY ORDERED THAT

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk
    (617) 748-9238

April 22, 2004
Date