AO 442  (Rev. 5/93) Warrant for Arrest

819263

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

IN CLERKS OFFICE
2006 APR 28 P 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

JAMAL PRATHER

**WARRANT FOR ARREST**

Case Number: CR 03-10391-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMAL PRATHER _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

RECEIVED
2006 APR 17 P 3:29
U.S. MARSHAL SERVICE
BOSTON, MA

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE.

in violation of _____ United States Code, Section(s) _____

Zita Lovett
Name of Issuing Officer

*Zita Lovett* (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

4-__-06  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| District of MA - Boston | | |
| DATE RECEIVED<br>4/17/2006<br>DATE OF ARREST<br>4/18/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>Don Freeman<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>*(signature)* |