# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

CR 03-10391-01-JLT

V

JAMAL PRATHER

### JUDGMENT-REVOCATION

TAURO, D.J.                                      May 11, 2006

The defendant having come before me on **May 4, 2006 for the purpose of a Revocation of Supervised Release hearing** and having admitted to Violations as described in United States Probation Violation Report, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on October 28, 2004. Therefore, sentence is imposed as follows:

1. 3 YEARS SUPERVISED RELEASE; RETROACTIVE FROM ORIGINAL DATE OF IMPOSITION OF SENTENCE.

2. CONDITIONS PREVIOUSLY IMPOSED SHALL REMAIN IN EFFECT.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.
5/11/06