UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE COURT ASSISTED RECOVERY EFFORT:    JAMAL PRATHER | ) ) ) ) ) ) ) ) ) | Cr. No. 03-10391 JLT<br><br>Mag. Judge Leo T. Sorokin |

SANCTION ORDER: JAIL

The above named Participant in the Court Assisted Recovery Effort is hereby ORDERED to

surrender to the custody of the United States' Marshals' immediately on **December 13, 2006** and to

remain in jail in the custody of the Marshals until brought back to Court to appear before the undersigned in

Courtroom #14 on **December 13, 2006** at 4:00 p.m. when he will be released.  This imprisonment is a

sanction imposed under the rules governing the Court Assisted Recovery Effort.

LEO T. SOROKIN
United States Magistrate Judge

Date:   December 13, 2006