AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA
V.
JAMAL PRATHER
16 Everett Avenue, Apt #1B
Dorchester, MA 02125

**SUMMONS IN A CRIMINAL CASE**

Case Number:     CR 03-10391-JLT

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA | 20- 7TH FLOOR |
| | Date and Time |
| Before:     U.S.D.C. JUDGE JOSEPH L. TAURO | April 12, 2007, 11:30 a.m. |

To answer a(n)
☐ Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     X Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_[signature]_
Signature of Issuing Officer

April 4, 2007
Date

ZITA LOVETT, DEPUTY CLERK
Name and Title of Issuing Officer