# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

CR 03-10391-01-JLT

V

JAMAL PRATHER

**JUDGMENT-REVOCATION**

TAURO, D.J.                                              June 28, 2007

The defendant having come before me on **this date, for the purpose of a Revocation of Supervised Release hearing** and having admitted to Violations as described in United States Probation Violation Report, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on October 28, 2004. Therefore, sentence is imposed as follows:

1. SUPERVISED RELEASE SHALL CONTINUE UNTIL 11/09/08, WITH THE SPECIAL CONDITION THAT THE DEFENDANT SHALL RESIDE AT THE COOLIDGE HOUSE FOR A PERIOD OF SIX MONTHS AND ENTER INTO THE RESIDENTIAL REENTRY CENTER AND COMPLY FULLY WITH ALL THE RULES AND REGULATIONS OF THAT PROGRAM.

2. CONDITIONS PREVIOUSLY IMPOSED SHALL REMAIN IN EFFECT.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.