AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.
JAMAL PRATHER
16 Everett Avenue, Apt #1B
Dorchester, MA 02125

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 03-10391-JLT

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT, 1 COURTHOUSE WAY, BOSTON, MA | 22- 7TH FLOOR |
| | Date and Time |
| Before:   U.S.D.J. JUDGE JOSEPH L. TAURO | JULY 7, 2008, 12:00 P.M.. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   x Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_____
Signature of Issuing Officer

June 20, 2008
Date

ZITA LOVETT, DEPUTY CLERK
Name and Title of Issuing Officer