UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Criminal No. 03-10391-JLT |
| | * | |
| JAMAL PRATHER, | * | |
| | * | |
| Defendant. | * | |

ORDER

July 7, 2008

TAURO, J.

Following a Hearing held on July 7, 2008, this court hereby orders that:

1. Attorneys Walter H. Underhill and Carol Byrne shall notify Courtroom Clerk Zita Lovett by July 17, 2008 regarding which counsel represents Defendant in the revocation proceeding.

2. The Final Revocation Hearing shall be continued to August 4, 2008 at 2:15 p.m.

3. Defendant shall remain on release subject to the conditions previously imposed.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge