United States District Court
District of Massachusetts

UNITED STATES OF AMERICA

CR 03-10391-01-JLT

V

JAMAL PRATHER

### JUDGMENT-REVOCATION

TAURO, D.J.                                            August 13, 2008

The defendant having come before me on **August 4, 2008 for the purpose of a Revocation of Supervised Release hearing** and having admitted to Violations as described in United States Probation Violation Report, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on October 28, 2004. Therefore, sentence is imposed as follows:

1. SUPERVISED RELEASE IS REVOKED.

2. DEFENDANT IS SENTENCED TO 60 DAYS CUSTODY.

3. NO FURTHER SUPERVISED RELEASE IS IMPOSED.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.